PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-16-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PHILLIP MAURICE ALLEN, | DATE: April 16, 2024 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 16, 2024.

2. By this stipulation, defendant now moves to continue the status conference until May 13, 2024, and to exclude time between April 16, 2024, and May 13, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 100 pages of investigative reports, including laboratory reports, and photographs, as well as electronic video and audio recordings. The majority of the reports and photographs have been produced to the defense and the government anticipates producing the video and audio recordings in the near future.

b)  Counsel for defendant desires additional time to review the discovery he has received, to review the current charges, to conduct investigation and research related to the charges, to determine whether any discovery requires further inspection or copying, to discuss potential resolutions with his client, to draft pretrial motions, and otherwise to prepare for trial.

c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 16, 2024 to May 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 11, 2024                                  PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ JAMES R. CONOLLY
                                                       JAMES R. CONOLLY
                                                       Assistant United States Attorney

Dated: April 11, 2024                                  /s/ Hootan Baigmohammadi
                                                       Hootan Baigmohammadi
                                                       Assistant Federal Defender
                                                       Counsel for Defendant
                                                       PHILLIP MAURICE ALLEN

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for April 16, 2024 is continued to May 13, 2024, at 9:30 a.m. and time is excluded from April 16, 2024, to May 13, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated: __April 11, 2024__

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE