HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Allen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00016-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | Date: May 13, 2024 |
| PHILLIP MAURICE ALLEN, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James R. Conolly, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Phillip Allen, that the previously scheduled Status Hearing set for May 13, 2024, be continued to July 30, 2024, at 9:30 a.m.

The parties specifically stipulate as follows:

1. The government filed the indictment in this case on February 1, 2024. ECF no. 13.

2. By previous order, the Status Hearing is currently scheduled for May 13, 2024, at 9:30 a.m. Time has been ordered excluded through that date.

3. Mr. Allen respectfully requests that the Court continue the Status Hearing to July 30, 2024, at 9:30 a.m.

1  4.  The government has to date produced 98 pages of discovery to the defense. The government is in the process of drafting a protective order for the parties to sign, so that they may also produce audio and video recordings to the defense.

5.  Mr. Allen requires additional time to receive and review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

6.  Mr. Allen believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7.  The government does not object to Mr. Allen's motion.

8.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between May 13, 2024 and July 30, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Allen in a speedy trial.

//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 Date: May 8, 2024 | */s/ Hootan Baigmohammadi* |
| 4 | HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender |
| 5 | Attorneys for Defendant<br>Mr. Allen |
| 8 Date: May 8, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| 10 | */s/ James R. Conolly*<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| 11 | Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference previously scheduled for May 13, 2024 is continued to July 30, 2024, at 9:30 a.m. before the undersigned and time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: **May 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Hearing and Exclude Time  -4-  *United States v. Chand*, 2:24-CR-00016-DAD