PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00016-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PHILLIP MAURICE ALLEN, | DATE: July 30, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 30, 2024.

2. By this stipulation, defendant now moves to continue the status conference until October 8, 2024, and to exclude time between July 30, 2024, and October 8, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 100 pages of investigative reports, including laboratory reports, and photographs, as well as electronic video and audio recordings. The government has either produced this discovery or made it available for inspection and copying.

b) Counsel for defendant desires additional time to review the discovery, to review the current charges, to conduct investigation and research related to the charges, to determine

whether any discovery requires further inspection or copying, to discuss potential resolutions with his client, to draft pretrial motions, and otherwise to prepare for trial.

       c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)    The government does not object to the continuance.

       e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 30, 2024 to October 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act may also exclude additional time periods from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 23, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: July 23, 2024 | /s/ HOOTAN BAIGMOHAMMADI<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Counsel for Defendant<br>PHILLIP MAURICE ALLEN |

/////

/////

/////

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for July 30, 2024, is hereby continued to October 8, 2024, at 9:30 a.m. before the undersigned and time is excluded from July 30, 2024, through October 8, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated: **July 25, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE