PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>PHILLIP MAURICE ALLEN,<br><br>                        Defendant. | CASE NO.  2:24-CR-00016-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 8, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 8, 2024.

2.      By this stipulation, defendant now moves to continue the status conference until November 5, 2024, and to exclude time between October 8, 2024, and November 5, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes over 100 pages of investigative reports, including laboratory reports, and photographs, as well as electronic video and audio recordings.  The government has either produced this discovery or made it available for inspection and copying.

b)      The defense has recently requested additional discovery. The government is in the process of producing that discovery, which it anticipates being able to do within a week of filing this stipulation.

c)      Counsel for defendant desires additional time to review the discovery, to review the current charges, to conduct investigation and research related to the charges, to determine whether any discovery requires further inspection or copying, to discuss potential resolutions with his client, to draft pretrial motions, and otherwise to prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2024 to November 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

4.      Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act may also exclude additional time periods from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 3, 2024                                    PHILLIP A. TALBERT
                                                          United States Attorney

                                                          /s/ JAMES R. CONOLLY
                                                          JAMES R. CONOLLY
                                                          Assistant United States Attorney

Dated:  October 3, 2024                                    /s/ HOOTAN BAIGMOHAMMADI
                                                          HOOTAN BAIGMOHAMMADI
                                                          Assistant Federal Defender
                                                          Counsel for Defendant
                                                          PHILLIP MAURICE ALLEN


                                     **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case is continued from October 8, 2024 to November 5, 2024, at 9:30 a.m. and time is excluded between October 8, 2024, and November 5, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated:   **October 4, 2024**                          _____
                                                          DALE A. DROZD
                                                          UNITED STATES DISTRICT JUDGE