PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PHILLIP MAURICE ALLEN,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:24-CR-16-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 5, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for status on November 5, 2024.

2.　By this stipulation, defendant now moves to continue the status conference until December 17, 2024, and to exclude time between November 5, 2024, and December 17, 2024, under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes over 100 pages of investigative reports, including laboratory reports, and photographs, as well as electronic video and audio recordings. The government has either produced the remaining discovery or made it available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

  b) The defense recently requested additional discovery which the government produced.  The government has also identified a modest number of additional documents, which it is in the process of producing.

  c) Additionally, the defense has requested from the government an offer to resolve this case.  The government has indicated that an offer will be forthcoming in the near future.

  d) Counsel for defendant desires additional time to review the discovery, to review the current charges, to conduct investigation and research related to the charges, to determine whether any discovery requires further inspection or copying, to discuss potential resolutions with his client, to draft pretrial motions, and otherwise to prepare for trial.

  e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2024 to December 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act may also exclude additional time periods from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 1, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: November 1, 2024

/s/ HOOTAN BAIGMOHAMMADI
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Counsel for Defendant
PHILLIP MAURICE ALLEN

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for November 5, 2024 is vacated and rescheduled for December 17, 2024, at 9:30 a.m. and time is excluded between November 5, 2024 and December 17, 2024, under Local Code T4.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **November 1, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE