HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Allen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24CR-16-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | Date: June 30, 2025 |
| PHILLIP MAURICE ALLEN, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney James R. Conolly, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Phillip Allen, that the previously scheduled Judgment and Sentencing set for June 30, 2025, be continued to July 28, 2025, at 9:30 a.m.

The parties specifically stipulate as follows:

1. Judgment and Sentencing is currently scheduled for June 30, 2025, at 9:30 a.m.
2. Mr. Allen respectfully requests that the Court continue the Status Hearing to July 28, 2025, at 9:30 a.m.
3. Mr. Allen requires additional time to adequately prepare for Judgment and Sentencing. Defense counsel has had various motion hearing deadlines in other cases that have conflicted with his ability to timely file formal PSR objections in

1   the instant matter. He is also working on obtaining materials in support of
2   sentencing mitigation.
3   4. The government does not object to Mr. Allen's motion.
4   5. The parties jointly request the following adjusted sentencing schedule:

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | July 14, 2025 |
| **Response to Formal Objections/Sentencing Memorandum** | July 21, 2025 |
| **Judgment and Sentencing** | July 28, 2025 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 20, 2025         */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Allen

Date: June 20, 2025         MICHELE BECKWITH
Acting United States Attorney

*/s/ James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The sentencing hearing in this case is continued from June 30, 2025, to July 28, 2025, at 9:30 a.m. and the dates for filing formal objections to the PSR and responses thereto proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: **June 23, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE